| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Torgerson, Alan C. | 2. Court or Organization<br><br>District Court - New Mexico | 3. Date of Report<br><br>06/25/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full-Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>333 Lomas Blvd., N.W., Suite 670<br>Albuquerque, NM 87102 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real Estate #1, Valencia Co., NM | | None | J | W | | | | | |
| 2. Real Estate #2, Taney Co., MO | | None | J | W | | | | | |
| 3. Savings Account, Bank of America | A | Interest | J | T | | | | | |
| 4. Trust #1 | E | Interest | P2 | T | | | | | |
| 5. -First American Equity Index Fund | | | | | | | | | |
| 6. -First American Equity Income Fund Class A | | | | | | | | | |
| 7. -First American Large Cap Core Fd. Cl A | | | | | | | | | |
| 8. -GMAC Smart Notes | | | | | | | | | |
| 9. -New Mexico Fin Auth Rev. | | | | | Redeemed | 06/01/11 | K | | |
| 10. -Northfield Minn Hosp. Rev. | | | | | Redeemed | 11/01/11 | K | | |
| 11. -California Cmntys Hsg. 1/9/2006 | | | | | | | | | |
| 12. -Maplewood Minn. Mfr. Rfdg. | | | | | Redeemed | 05/01/11 | J | | |
| 13. -Minneapolis Minn Cmnty. Ser 4/30/98 | | | | | Redeemed (part) | 12/01/11 | J | | |
| 14. -Wapello Cuty Iowa Hosp. 1/15/2002 | | | | | | | | | |
| 15. -Thief River Falls Minn | | | | | Redeemed | 01/24/11 | K | | |
| 16. -Indiana St. Edl Facs Rev. 3/23/2006 | | | | | | | | | |
| 17. -Wisconsin St. Health & Ed. 7/24/2003 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Yuba City Calif. Cmnty. Fa 6/3/2005 | | | | | | | | | |
| 19. -Fosston Minn Gas Util 9/15/1999 | | | | | | | | | |
| 20. -Minnesota HFA S/F Mtge 11/4/1999 | | | | | | | | | |
| 21. -Annandale Minn Sr. Hsg & Hlthcare | | | | | Redeemed | 09/01/11 | K | A | |
| 22. -Roseville Calif Spl Tax Rev B/E 8/22/2005 | | | | | | | | | |
| 23. -Minneapolis Minn M/F Ref. Rev. B/E 9/4/1998 | | | | | | | | | |
| 24. -Minneapolis Minn Walker 8/5/1999 | | | | | | | | | |
| 25. -Duluth Minn Eco Dev Au Hlt 5/29/98 | | | | | Redeemed | 10/15/11 | K | | |
| 26. -Puerto Rico Hsg Fin Auth. 7/7/2004 | | | | | | | | | |
| 27. -Buffalo Minn Gross Rev. 8/15/2001 | | | | | | | | | |
| 28. -Olivia Minn Economic Dev. 8/29/2002 | | | | | | | | | |
| 29. -Ruidoso N Mex Mun Sch 5/17/2006 | | | | | | | | | |
| 30. -Clayton NM Twn Jail Proj. 10/20/2006 | | | | | | | | | |
| 31. -Texas St. Pub Fin Auth Rev. 1/14/2002 | | | | | | | | | |
| 32. -Ruidoso N Mex Mun Sch 6/16/2006 & 7/14/2006 | | | | | | | | | |
| 33. -Buffalo Minn Gross Rev 8/15/2001 | | | | | | | | | |
| 34. -Duluth Minn Eco Dev. Au HLT 2/1/06 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Murrieta Calif Cmnty Fac Dst 12/30/2004 | | | | | | | | | |
| 36. -Boone-Florence Wtr Ky | | | | | Redeemed | 12/01/11 | L | A | |
| 37. -Clearbrook-Gonvick Minn 1/2002 | | | | | | | | | |
| 38. -Woodbury Minn Cop Rev 2/1/2006 | | | | | | | | | |
| 39. -Brooklyn Center Minn 1/14/2002 | | | | | | | | | |
| 40. -Palm Springs Calif Cmnty 6/15/2004 | | | | | | | | | |
| 41. -Brooklyn Center Minn 1/14/2002 | | | | | | | | | |
| 42. -Missouri St. Brd Pub A Rv | | | | | Redeemed | 09/29/11 | K | | |
| 43. -South Dakota Hsg Dev Au | | | | | Redeemed | 08/15/11 | J | | |
| 44. -Crookston Minn Nursing & Mfhr 12/11/2002 | | | | | | | | | |
| 45. -Clarissa Minn Sr. Hsg 9/19/2002 | | | | | | | | | |
| 46. -Douglas Cnty Neb Sch D | | | | | Redeemed | 06/15/11 | K | | |
| 47. -Bernalillo Cnty N Mex UT 11/25/2002 | | | | | | | | | |
| 48. -Brentwood Calif Infrastr 9/21/2005 | | | | | | | | | |
| 49. -San Juan County NM Gross 7/6/2005 | | | | | | | | | |
| 50. -Bernalillo Cnty N Mex UT 11/24/2006 | | | | | | | | | |
| 51. -Buffalo Minn Hsg & Redev 1/4/2006 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -University Mo Univ Rev | | | | | Redeemed | 11/01/11 | K | | |
| 53.  -San Joaquin CA Hills 8/15/2001 | | | | | | | | | |
| 54.  -Duluth Minn Eco Dev. Au Hlt 2004 | | | | | | | | | |
| 55.  -St. Paul Minn Hsg. & Red. 3/19/2003 | | | | | | | | | |
| 56.  -Apple Valley Minn Multi | | | | | Redeemed | 02/02/11 | L | | |
| 57.  -Highland Calif Spl Tax B/E | | | | | Redeemed | 09/01/11 | L | | |
| 58.  -Minneapolis Minn Ref Walker 11/4/1999 | | | | | | | | | |
| 59.  -Farmington N Mex PCR Rev. | | | | | Redeemed | 05/19/11 | J | | |
| 60.  -Brooklyn Park Minn Eco Auth | | | | | Redeemed | 01/01/11 | L | A | |
| 61.  -Puerto Rico Comwealth HW 8/20/2004 | | | | | | | | | |
| 62.  -West Sacramento CA Fin Auth 3/8/2004 | | | | | | | | | |
| 63.  -Iowa Fin Auth Health Care 1/17/2002 | | | | | | | | | |
| 64.  -Western Hills Wtr Dist 3/2/2004 | | | | | | | | | |
| 65.  -Pittsburg Calif Impt Bd. | | | | | Redeemed | 09/02/11 | K | | |
| 66.  -University N Mex Univ 4/16/2004 | | | | | | | | | |
| 67.  -Minneapolis MN Hlth Cre 7/29/2004 | | | | | | | | | |
| 68.  -California Health Fac Fin 12/30/2004 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Farmington N Mex PCR 7/25-26/2006 | | | | | | | | | |
| 70. -University Med Ctr Corp. 7/22/2004 | | | | | | | | | |
| 71. -NM State Hwy Comm. | | | | | Redeemed | 06/15/11 | J | | |
| 72. -NM Fin Auth Rev. 4/17/2007 | | | | | | | | | |
| 73. -NM St. Severance 10/2/2007 | | | | | | | | | |
| 74. -Rio Rancho, NM Pub. Sch 1/24/2007 | | | | | | | | | |
| 75. -NM Fin Auth. Rev 7/3 & 12/4/2007 | | | | | | | | | |
| 76. -NM Fin Auth. Rev 10/2/2007 | | | | | | | | | |
| 77. -San Miguel Cnty N Mex 3/7/2007 | | | | | | | | | |
| 78. -NM Fin Au Rv Sub Lien 5/2/2008 | | | | | | | | | |
| 79. -District of Columbia Rev 9/18/2007 | | | | | | | | | |
| 80. -Amer Funds Cap World Growth & Income Fund | | | | | | | | | |
| 81. -New Mexico St. Severance 7/2/2008 | | | | | | | | | |
| 82. -Chaska Minn Elec Ser A Rev 7/29/2008 | | | | | | | | | |
| 83. -Santa Fe N Mex Wtr Utl Sys Ser 6/3/2008 | | | | | | | | | |
| 84. -NM Fin Au Rv Sub Lien Pu Rev MBIA 6/3/2009 | | | | | | | | | |
| 85. -Maple Grove Minn Health Rev 1/3/2008 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Torgerson, Alan C. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Waterbury Conn Ambac 10/5/2009 | | | | | | | | | |
| 87. -Albuquerque Bernalillo 7/23/2009 | | | | | | | | | |
| 88. -California St Pub Wks 12/2/2009 | | | | | | | | | |
| 89. -McKinney TX Indpt Sch 9/17/2009 | | | | | | | | | |
| 90. -St. Louis Park MN HCFR RV 1/15/2010 | | | | | | | | | |
| 91. -North Texas Univ. Gen RV 2/4/2010 | | | | | | | | | |
| 92. -California St Genl Oblig 2/4/2010 | | | | | | | | | |
| 93. -St Cloud MN Health Car E 2/4/2010 | | | | | | | | | |
| 94. -NM Fin Au Sub Lien PU NPFG 5/4/2010 | | | | | | | | | |
| 95. -Morgan Stanley Dean 6/8/2010 | | | | | | | | | |
| 96. -Los Alamos NM Pub School Di 7/16/2010 | | | | | | | | | |
| 97. -NM Fin Au SR Lien Pub PJ 8/4/2010 | | | | | | | | | |
| 98. -First American LRG Cap Core | | | | | | | | | |
| 99. -Las Cruces NM Natio RV 9/2/2010 | | | | | | | | | |
| 100. -Las Cruces NM ST Shar ED RV6/10/2011 | | | | | | | | | |
| 101. -Las Cruces NM JT Util RV BE 11/2/2010 | | | | | | | | | |
| 102. -NM St. Hosp Equip RV 11/26/2010 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -NM St. Hosp Equip RV 12/30/2010 | | | | | | | | | |
| 104. -New Jersey Econ Dev Auth 12/9/2010 | | | | | | | | | |
| 105. -Las Cruces N Mex Sch Dist No 002 | | | | | Buy | 01/25/11 | M | | |
| 106. -Central NM Cmnty College | | | | | Buy | 02/21/11 | K | | |
| 107. -NM Mtg. Fin Auth. Single Family Mtg. | | | | | Buy | 03/01/11 | J | | |
| 108. -Univeristy N Mex Univ A RV 4/28/2011 | | | | | Buy | 04/28/11 | J | | |
| 109. -Univ NM Univ Revs Sub Lien | | | | | Buy | 05/16/11 | J | | |
| 110. -Univ N Mex Univ Revs Sub Lien | | | | | Buy (add'l) | 05/27/11 | K | | |
| 111. -Las Cruces N Mex St Shared Gross Rcpts Tax Rev | | | | | Buy | 06/10/11 | L | | |
| 112. -NM St. Hosp. Equip. RV | | | | | Buy | 08/12/11 | J | | |
| 113. -Farmington N Mex Pollutn Ctl Rev | | | | | Buy | 08/30/11 | L | | |
| 114. -California St. Var Gen | | | | | Buy | 09/01/11 | K | | |
| 115. -Central N Mex Cmnty College | | | | | Buy (add'l) | 09/21/11 | K | | |
| 116. -Central N Mex Cmnty College | | | | | Buy (add'l) | 09/21/11 | K | | |
| 117. -Albq. Berna. Cty. Wtr Util Auth. N Mex. 10/19/2011 | | | | | Buy | 10/19/11 | K | | |
| 118. -Albq. Berna. Cty. Wtr Util Auth. N Mex. 10/24/2011 | | | | | Buy (add'l) | 10/24/11 | L | | |
| 119. -NM Fin Auth SR Lien Pub. PJ | | | | | Buy | 12/01/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Las Cruces N Mex Sch Dist No 002 | | | | | Buy (add'l) | 12/01/11 | K | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line 4 - Trust #1 -            separate assets.      September 2006.

FINANCIAL DISCLOSURE REPORT

Page 13 of 13

| Name of Person Reporting | Date of Report |
|---|---|
| Torgerson, Alan C. | 06/25/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Alan C. Torgerson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544